LIBERTY TITLE AND TRUST COMPANY, PLAINTIFF-PETI-
TIONER, v. LOUISE PLEWS, ET AL., DEFENDANTS-
RESPONDENTS.

See same case below: 6 *N. J. Super.* 196.

*Messrs. Starr, Summerill & Davis* and *Mr. Allen B. Endi-
cott, Jr.,* for the petitioner.

*Mr. Charles C. Babcock, Mr. Wm. Elmer Brown, Jr.,* and
*Mr. Augustine A. Repetto* for the respondents.

May 8, 1950.   Granted.

DONALD R. DOREMUS, ET AL., PLAINTIFFS-RESPONDENTS,
v. BOARD OF EDUCATION OF THE BOROUGH OF HAW-
THORNE, NEW JERSEY, AND THE STATE OF NEW
JERSEY, DEFENDANTS-PETITIONERS.

See same case below: 7 *N. J. Super.* 442.

*Mr. Theodore D. Parsons,* Attorney General, and *Mr. Henry
F. Schenck* for the petitioners.

May 8, 1950.   Granted.